1
 2024 CO 71M Parker Water and Sanitation District, a Colorado special district, Applicant-Appellant: and Meridian Metropolitan District, Arapahoe County Water and Wastewater Authority, East Cherry Creek Valley Water and Sanitation District, Rangeview Metropolitan District, Town of Castle Rock, Cherry Creek Project Water Authority, and South Metro Water Supply Authority, Intervenors-Appellants: v. Kevin G. Rein, in his official capacities as the State Engineer for the State of Colorado and Director of the Colorado Division of Water Resources; Colorado Division of Water Resources; and Corey DeAngelis, in his official capacity as the Division Engineer for Division 1; Appellees: and City of Aurora and City of Greeley. Intervenors-Appellees: No. 23SA141
Supreme Court of Colorado, En Banc
December 9, 2024
 
           Appeal
 from the District Court District Court, Water Division 1,
 Case No. 21CW3046 Honorable Todd L. Taylor, Water Judge
 
 
 
          Opinion
 modified, and as modified, Petition for Rehearing DENIED.
 
 
          
 JUSTICE BOATRIGHT would grant the petition.